UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Shawn Girts,

    Plaintiff,

v.                                               Case No. 2:10–cv–425

Timothy Brunsman, Warden,            Judge Michael H. Watson
                                                   Magistrate Judge Abel

    Defendant.

## ORDER

On October 4, 2011, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

IT IS SO ORDERED.

                                                       /s/ Michael H. Watson
                                                       MICHAEL H. WATSON, JUDGE
                                                       UNITED STATES DISTRICT COURT